UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSARIO D. FLORES,<br><br>                               Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>                               Defendant. | Case No.: 2:12-cv-02192-RFB-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN** |

       Before the Court for consideration is the Report and Recommendation (ECF No. 18) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered August 14, 2014.

       Pursuant to Local Rule IB 3-2(a), objections were due by August 28, 2014**.** No objections have been filed.  The Court has reviewed the record in this case and concurs with Magistrate Judge's recommendation(s) that (ECF No.8) Motion to Remand to Social Security Administration be **DENIED**. IT IS FURTHER RECOMMENDED that (ECF No. 10) Defendant's Cross-Motion to Affirm be **GRANTED**. Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

. . .

. . .

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation ECF No. 18) is **ACCEPTED and ADOPTED in full.** (ECF No.8) Motion to Remand to Social Security Administration be **DENIED**.

**IT IS FURTHER RECOMMENDED** that (ECF No. 10) Defendant's Cross-Motion to Affirm be **GRANTED.**

The Clerk enters judgment accordingly and close the case.

**DATED** this 30th day of October, 2014.

_____
RICHARD F. BOULWARE II
United States District Court Judge